**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

8       UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

10       SAN JOSE DIVISION

11

| | |
|---|---|
| VIVIAN PENG, | Case No. C-14-03097-RMW |
| Plaintiff, | |
| v. | **ORDER GRANTING-IN-PART DEFENDANT'S MOTION TO DISMISS** |
| BENNY KO; SHELBY HO; LIBERTY ASSET MANAGEMENT CORPORATION; VANESSA LAVENDERA; and DOES 1 through 50, inclusive, | [Re: Docket No. 19] |
| Defendants. | |

Before the court is Defendant Shelby Ho's motion to dismiss the complaint. Dkt. No. 19. The court held a hearing on this motion on November 7, 2014. For the reasons stated on the record, the court GRANTS the motion in part. The following claims are dismissed: (1) conversion; (2) breach of contract; and (3) conspiracy. Because the plaintiff conceded that the conversion claim is without merit, this claim is dismissed with prejudice. The breach of contract and conspiracy claims are dismissed without prejudice. Although plaintiff's conspiracy claim is dismissed without prejudice, the court notes that conspiracy is not a valid, independent claim for relief. Should plaintiff allege conspiracy in her amended complaint, she may do so only as a theory of secondary liability. The court DENIES the motion as to all other claims.

1    Plaintiff shall have TWENTY CALENDAR DAYS from the date of this order to file an

2  amended complaint.

3  Dated: November 7, 2014

4  *Ronald M. Whyte*

5  Ronald M. Whyte
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California